# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Iron Workers' Mid−America Pension Plan, et al.

                                      Plaintiff,

v.                                                Case No.: 1:08−cv−07285

                                                Honorable John A. Nordberg

Sova Steel, Inc.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2009:

      MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held. Plaintiffs' Motion to Compel [32] is granted. Defendant to produce out−standing documents by 11/18/09. Fact discovery extended to 02/25/10. Status hearing set for 11/17/09 is stricken and reset for 01/26/10 at 9:00 a.m.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.